**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
<u>**Baltimore Division**</u>

IN RE:                                    *

                                                          Case No.:  02-56568-DK

    MITCHELL T. HASKELL          *
    LAURA M. HASKELL                          Chapter 13

                                                   *

        Debtors

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

GERARD R. VETTER                *

                                                          Adversary Proceeding No.:   06-01661-DK

       Plaintiff,                     *

v.                                               *

MITCHELL T. HASKELL            *
LAURA M. HASKELL, <u>et</u> <u>al</u>.

                                                   *

      Defendants.

                                                   *

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

<u>**ORDER APPROVING COMPROMISE OF CONTROVERSY**</u>

    Upon consideration of Chapter 13 Trustee's Motion to Compromise Controversy, notice

having been mailed to all creditors and parties in interest, with no objections having been filed, it

is by the United States Bankruptcy Court for the District of Maryland,

    **ORDERED**, that the Trustee's Motion to Compromise Controversy, be and is hereby

**GRANTED**; and it is further

**ORDERED**, that the compromise of controversy by and among Countrywide Home Loan, Inc., the Chapter 13 Trustee, Gerard R. Vetter, and the Debtors, Mitchell T. Haskell and Laura M. Haskell, as described in the Trustee's Motion to Compromise Controversy and Settlement Agreement attached as Exhibit A thereto, be, and hereby is, **APPROVED**.

cc:

Gerard R. Vetter, Esquire
Chapter 13 Trustee
7310 Ritchie Highway, Suite 715
Glen Burnie, Maryland 21061-3293

Joseph Anthony Imbesi, Esquire
14403 Cuba Road, Suite 604
Hunt Valley, Maryland 21030

Office of the U.S. Trustee
Suite 350, 300 West Pratt Street
Baltimore, Maryland  21201

Mitchell T. Haskell
Laura M. Haskell
4514 Hidden Stream Court
Owings Mills, Maryland 21117

Matthew G. Summers, Esquire
Ballard Spahr Andrews Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202

**END OF ORDER**